**Brad KEMPO, Appellant**

v.

**UNITED STATES of America, Appellee.**

No. 14–5054.

United States Court of Appeals, District of Columbia Circuit.

July 29, 2014.

Rehearing En Banc Denied Sept. 23, 2014.

Brad Kempo, Vancouver, BC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: BROWN and KAVANAUGH, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 18, 2014, be affirmed. The district court properly dismissed the complaint for lack of subject matter jurisdiction because it is "patently insubstantial, presenting no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C.Cir.2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C.Cir.1994)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.